# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0735
_____

ERNIE MORRIS ENTERPRISES,
INC.,

    Appellant,

    v.

CONTRAX FURNISHINGS, LLC,
METEOR EDUCATION, LLC, and
GREG S. CAVE, an individual,

    Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

June 21, 2019


PER CURIAM.

    DISMISSED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

J. Robert McCormack of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Tampa, for Appellant.

No appearance for Appellees.